486-07/PJG/EEL
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Eric E. Lenck (EL 4547)
Pamela L. Schultz (PS 8675)



JUDGE COTE

07 CIV 9876

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NOVOSHIP (UK) LIMITED, CALLY SHIPHOLDINGS
INC., VITAL SHIPPING CORPORATION, and
DAINFORD NAVIGATION INC.,

       Plaintiffs,

 - against -

WILMER RUPERTI, SEA PIONEER SHIPPING
CORPORATION, and PMI TRADING INC., JOHN DOE
(fictitious) and JOHN DOE INC. (fictitious),

       Defendants.
-----------------------------------------------------------------x

**RULE 7.1 STATEMENT**

  Plaintiff, Novoship (UK) Limited, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that its issued shared capital is held by a Liberian registered company Intrigue Shipping Inc. ("Intrigue") which is a wholly owned subsidiary of Novorossiysk Shipping Company, a company incorporated in the Russian Federation and majority-owned by the Russian state.

  Pursuant to Rule 7.1, Plaintiffs Cally Shipholdings, Vital Shipping Corporation and Dainford Navigation, certify that each is a wholly-owned subsidiary of Intrigue.

NYDOCS1/293277.1

No publicly held corporation owns 10% or more of the stock of any of the Plaintiffs.

Dated: New York, New York
       November 5, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiffs

               By: _____
                              Peter J. Gutowski (PG 2200)
                              Eric E. Lenck (EL 4547)
                              Pamela L. Schultz (PS 8675)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900
                              (212) 425-1901 fax