UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NOVOSHIP (UK) LIMITED, CALLY : 
SHIPHOLDINGS, INC., VITAL SHIPPING : Case No. 07 Civ. 9876 (DLC)
CORPORATIONS, and DAINFORD :
NAVIGATION INC., :
:
                  Plaintiffs, :
:
          v. : **RULE 7.1 STATEMENT**
:
WILMER RUPERTI, SEA PIONEER SHIPPING :
CORPORATION, and PMI TRADING, INC., :
JOHN DOE (fictitious) and JOHN DOE INC. :
(fictitious), :
:
                  Defendants. :
-------------------------------------------------------x

      Defendants Sea Pioneer Shipping Corporation and PMI Trading, Inc., pursuant to Rule 7.1. of the Federal Rules of Civil Procedure, hereby certify that they have no parent corporations and that no publicly held corporation owns more than 10% or more of their stock.

Dated: December 7, 2007      Respectfully submitted,

                                   STROOCK & STROOCK & LAVAN, LLP

                                   By: _____James L. Bernard /s/_____

                                      James L. Bernard (JLB-4273)
                                      Elizabeth A. Cronise (EC-7024)
                                      180 Maiden Lane
                                      New York, NY 10038-4982
                                      212-806-5400 (Telephone)
                                      212-806-6006 (Facsimile)

                        Attorneys for Defendants, Wilmer Ruperti, Sea Pioneer
                             Shipping Corporation and PMI Trading, Inc.

NY 71127774v1
12/07/07 02:48PM