UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NOVOSHIP (UK) LIMITED, CALLY
SHIPHOLDINGS, INC., VITAL SHIPPING
CORPORATIONS, and DAINFORD
NAVIGATION INC.,

      Plaintiffs,   : Case No. 07 Civ. 9876 (DLC)

    v.

WILMER RUPERTI, SEA PIONEER SHIPPING
CORPORATION, and PMI TRADING, INC.,
JOHN DOE (fictitious) and JOHN DOE INC.
(fictitious),

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2007, I electronically filed the foregoing Notice of Motion and Memorandum or Law in Support of Defendants Wilmer Ruperti, Sea Pioneer Shipping Corporation, and PMI Trading Inc.'s Motion to Vacate *Ex Parte* Order for Process of Maritime Attachment and Garnishment, to Preclude Further Maritime Attachments and to Dismiss This Action With Prejudice for Lack of Jurisdiction, and Rule 7.1 Statement with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

### By the Court's Electronic Filing System

    ERIC EINAR LENCK, ESQ.
    PAMELA LYNN SCHULTZ, ESQ.
    PETER JUDGE GUTOWSKI, ESQ.
    Freehill, Hogan & Mahar, LLP
    80 Pine Street
    New York, NY 10005
    *Attorneys for Plaintiffs*

Dated: December 7, 2007        By: ___James L. Bernard /s/___