UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NOVOSHIP (UK) LIMITED, CALLY              :   07 Civ. 9876 (DLC)
SHIPHOLDINGS, INC., VITAL SHIPPING        :
CORPORATIONS, and DAINFORD                :
NAVIGATION INC.,                          :   **ORDER**
                                          :
                 Plaintiffs,              :
                                          :
           v.                             :
                                          :
WILMER RUPERTI, SEA PIONEER SHIPPING      :
CORPORATION, and PMI TRADING, INC.,       :
JOHN DOE (fictitious) and JOHN DOE INC.   :
(fictitious),                             :
                                          :
                 Defendants.              :
------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/14/07

Upon the uncontested motion to admit Henry E. Mendia to appear *pro hac vice*, it is hereby:

ORDERED that Henry E. Mendia is granted leave to appear *pro hac vice* in the above action as counsel for Defendants Wilmer Ruperti, Sea Pioneer Shipping Corporation and PMI Trading, Inc.

Dated: December 14, 2007

_____
Honorable Denise L. Cote,
United States District Judge

NY 71115066v1
12/13/07 08:32PM