```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
NOVOSHIP (UK) LIMITED, CALLY              :
SHIPHOLDINGS INC., VITAL SHIPPING         :
CORPORATION, and DAINFORD NAVIGATION      :     07 Civ. 9876 (DLC)
INC.,                                     :
                                          :          ORDER
                          Plaintiffs,     :
                                          :
            -v-                           :
                                          :
WILMER RUPERTI, SEA PIONEER SHIPPING      :
CORPORATION, and PMI TRADING INC., JOHN   :
DOE (fictitious), AND JOHN DOE INC.       :
(fictitious),                             :
                                          :
                          Defendants.     :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    For the reasons stated on the record at a conference with the parties held on December 14, 2007, it is hereby

    ORDERED that no additional funds shall be attached pursuant to the November 11, 2007, maritime attachment and garnishment entered in this action other than those funds already attached prior to the conference held on December 14.

    IT IS FURTHER ORDERED that any renewed application for an order of attachment in connection with an amended complaint in this action is due on or before December 19, 2007; any opposition is due on or before January 4, 2008; any reply is due on or before January 11, 2008.

2

IT IS FURTHER ORDERED that the defendants' December 7, 2007, motion to vacate the ex parte order for process of maritime attachment is denied as moot.

SO ORDERED:

Dated:   New York, New York
         December 17, 2007

                                    _____
                                            DENISE COTE
                                    United States District Judge