UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Case No. 07-22962-CIV-JORDAN

NOVOSHIP (UK) LIMITED, CALLY SHIPHOLDINGS, INC., VITAL SHIPPING CORPORATION and DAINFORD NAVIGATION, INC.,

    Plaintiffs,

v.

SEA PIONEER SHIPPING CORPORATION and PMI TRADING, INC.,

    Defendants.

_____/

## ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT & GARNISHMENT & APPOINTING PERSON TO SERVE PROCESS PURSUANT TO RULE 4(c) & SCOPE OF SERVICE

Upon reading and filing the Verified Amended Complaint of the Plaintiff herein, verified on the 10th day of December, 2007, and the Affidavit of Allan R. Kelley, duly sworn to on the previously filed herein, that to the best of his information and belief Defendants cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,*

NOW, upon motion of the Plaintiffs, it is hereby O R D E R E D that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendants, as described therein, including but not limited

---

\* The allegations in the verified amended complaint now indicate that admiralty jurisdiction exists.

**EXHIBIT 7**

Case No. 07-22962-CIV-JORDAN

to any property of the Defendant (collectively hereinafter "ASSETS"), as may be held, received or transferred in any of their names, to wit: Sea Pioneer Shipping Corporation and PMI Trading Inc. or for their benefit, at, moving through, or within the possession, custody or control of banking institutions and/or other institutions or such other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of USD $17,149,420 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court; and it is further

ORDERED that Tommy Mann or any other partner, associate, paralegal or other agent of his agency be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with a copy of this Order and any interrogatories, upon any garnishee named in the Process, together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on behalf of the Defendant; and it is further

ORDERED that following initial service upon any garnishee by the United States Marshal or any other person designated by this or any subsequent Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by Plaintiffs' counsel, Fowler White Burnett, P.A., by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, such service to be in accordance with each garnishee's preference or policy, and such facsimile or other electronic

Case No. 07-22962-CIV-JORDAN

transmission shall be deemed to be made within the district if it has been sent from within the district; and it is further

ORDERED that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and it is further deemed to be effective through the end of the next business day, provided another service is made the next business day.

DONE AND ORDERED at Miami-Dade County, Florida this ___14th___ day of December, 2007.

*Adalberto Jordan*
THE HONORABLE ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

[lc] W:\74192\ORDER788-Directing Issuance 02.ARK (12/10/7-16:5)

-3-