UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
NOVOSHIP (UK) LIMITED, CALLY : Case No. 07 Civ. 9876 (DLC)
SHIPHOLDINGS, INC., VITAL SHIPPING :
CORPORATIONS, and DAINFORD :
NAVIGATION INC., : **NOTICE OF APPEARANCE**
            Plaintiffs, :
      v. :
:
WILMER RUPERTI, SEA PIONEER SHIPPING :
CORPORATION, and PMI TRADING, INC., :
JOHN DOE (fictitious) and JOHN DOE INC. :
(fictitious), :
:
            Defendants. :
------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** Elizabeth A. Cronise, an associate at Stroock & Stroock & Lavan LLP, hereby appears as additional counsel on behalf of Defendants, Wilmer Ruperti, Sea Pioneer Shipping Corporation and PMI Trading, Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the address below. Ms. Cronise is admitted to practice before this Court.

Date:  December 26, 2007
         New York, New York

                          STROOCK & STROOCK & LAVAN, LLP

                          By:   *Elizabeth A. Cronise /s/*
                                Elizabeth A. Cronise (EC-7024)

                          180 Maiden Lane
                          New York, New York 10038
                          (212) 806-5400
                          ecronise@stroock.com

                          Attorneys for Defendants,
                          Wilmer Ruperti, Sea Pioneer Shipping Corporation
                          and PMI Trading, Inc.