

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVOSHIP UK LIMITED et al <br><br> Plaintiff, <br><br> -V- <br><br> V. Ruperti el al <br><br> Defendant. | **CERTIFICATE OF MAILING** <br><br><br> 07 CV 9876 (DLC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

4th  **Day of March, 2008**

I served the

Summons & Verified Complaint & First Amended Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

13th  **Day of December, 2007**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**756 325 3375**

*J. Michael McMahon*
CLERK

Dated: New York, NY

**DHL Worldwide Express** — 1-800-CALL-DHL

**1 | From (Shipper)**
- Account no.: 76051485B
- Shipper's reference: 4846-01/PJd/PLS
- Company name: FREEHILL HOGAN & MAHAR
- Shipper's name: (blank)
- Address: 24TH FL, 80 PINE ST, NEW YORK, NY
- Zip code: 10005 1702
- Phone: (212) 425-1900

**2 | To (Recipient)**
- Company name: SEA PIONEER SHIPPING CORPORATION
- Attention: (blank)
- Delivery address: Edificio World Trade Center, Piso 5, Calle 53 - Marbella, Panama City, Panama
- Zip/Postcode: (blank)
- Phone: (blank)

**3 | Shipment details**
- International Services: INTL DOCUMENT EXPRESS (checked)
- Full description of contents: Legal Documents
- Payment Options: Shipper's account (checked)

Shipment number: 756 3253 375

**5 | Shipper's authorization and signature**
Signature / Date: (blank)