UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NOVOSHIP (UK) LIMITED, CALLY SHIPHOLDINGS, INC., VITAL SHIPPING CORPORATIONS, and DAINFORD NAVIGATION INC., | : 07 Civ. 9876 (DLC)<br>:<br>:<br>: **NOTICE OF MOTION** |
| Plaintiffs, | : |
| v. | : |
| WILMER RUPERTI, SEA PIONEER SHIPPING CORPORATION, and PMI TRADING, INC., JOHN DOE (fictitious) and JOHN DOE INC. (fictitious), | : |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and all the prior proceedings in this matter, Defendants Wilmer Ruperti, Sea Pioneer Shipping Corporation and PMI Trading, Inc. will move this Court before the Honorable Denise L. Cote, United States District Judge, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, to reconsider, pursuant to Local Rule 6.3, the Court's March 19, 2008 Order, and alternatively, for a reduction in the amount of attachment, pursuant to Fed. R. Civ. P. Admiralty Supp. R. E(6), and for such other and further relief as the Court may deem just and proper.

Dated: April 2, 2008                Respectfully submitted,

                                              STROOCK & STROOCK & LAVAN, LLP

                                              By:    Elizabeth H. Cronise /s/

                                                  James L. Bernard (JLB-4273)
                                                  Elizabeth H. Cronise (EC-7024)
                                                  180 Maiden Lane
                                                  New York, NY 10038-4982
                                                  212-806-5400 (Telephone)
                                                  212-806-6006 (Facsimile)

                                                  Henry E. Media (admitted *pro hac vice*)
                                                  200 South Biscayne Boulevard
                                                  Miami, FL 33131-5323
                                                  305-358-9900 (Telephone)
                                                  305-789-9302 (Facsimile)

                                            Attorneys for Defendants, Wilmer Ruperti, Sea Pioneer Shipping Corporation and PMI Trading, Inc.