486-07/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVOSHIP (UK) LIMITED, CALLY SHIPHOLDINGS INC., VITAL SHIPPING CORPORATION, and DAINFORD NAVIGATION INC.,

Plaintiffs,

- against -

WILMER RUPERTI, SEA PIONEER SHIPPING CORPORATION, and PMI TRADING INC., JOHN DOE (fictitious) and JOHN DOE INC. (fictitious),

Defendants.

07-CV- 9876 (DLC)

**NOTICE OF CROSS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR DISCOVERY**

PLEASE TAKE NOTICE that pursuant to Rules A and B of the Supplemental Rules for Certain Admiralty and Maritime Claims, Rules 26 – 37 of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law and the Declaration of Peter J. Gutowski dated April 16, 2008, the exhibits attached thereto and all the pleadings filed and proceedings previously had herein,

Plaintiffs Novoship (UK) Limited, Cally Shipholdings Inc., Vital Shipping Corporation and Dainford Navigation Inc. will move this Court before the Honorable Denise L. Cote, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be fixed

by the Court, for an order granting Plaintiffs leave to file an Amended Complaint and/or for an Order directing the Clerk to issue Supplemental Process of Attachment identifying the entities through which the Defendants are now moving their funds in circumvention of the Order of Attachment, and for an Order directing immediate discovery from the Defendants of their conduct in circumvention of the Order of Attachment so as to identify the entities and manner in which Defendants are moving their funds through New York but in a manner designed to avoid attachment. .

Dated: April 16, 2008
      New York, NY

Respectfully submitted,

Peter J. Gutowski (PG 2200)
FREEHILL HOGAN & MAHAR, LLP
80 Pine St.
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

TO:   Elizabeth A. Cronise
       180 Maiden Lane
       New York, NY 10038-4982
       Tel: (212) 806-5400
       Fax: (212) 806-6006