486-07/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVOSHIP (UK) LIMITED, CALLY SHIPHOLDINGS INC., VITAL SHIPPING CORPORATION, and DAINFORD NAVIGATION INC., <br><br> Plaintiffs, <br><br> - against - <br><br> WILMER RUPERTI, SEA PIONEER SHIPPING CORPORATION, and PMI TRADING INC., JOHN DOE (fictitious) and JOHN DOE INC. (fictitious), <br><br> Defendants. | 07-CV- 9876 (DLC) <br><br> **NOTICE OF SUBSTITUTE APPEARANCE** |

PLEASE TAKE NOTICE, Gina M. Venezia, a partner at Freehill Hogan & Mahar, LLP, hereby appears as additional counsel on behalf of Plaintiffs Novoship (UK) Limited, Cally Shipholdings Inc., Vital Shipping Corporation, and Dainford Navigation Inc., in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the address below. Ms. Venezia is admitted to practice before this Court.

Ms. Venezia is to be substituted as counsel for Plaintiffs in the place of Eric E. Lenck, who is also a partner at Freehill Hogan & Mahar, LLP. Ms. Venezia shall serve as co-counsel

for Plaintiffs in addition to Peter J. Gutowski and Pamela L. Schultz of Freehill Hogan & Mahar, LLP.

Dated: May 8, 2008
      New York, NY

                                               Respectfully submitted,

                                               /s/ Gina M. Venezia
                                               Gina M. Venezia (GV 1551)
                                               FREEHILL HOGAN & MAHAR, LLP
                                               80 Pine St.
                                               New York, NY 10005
                                               Tel: (212) 425-1900
                                               Fax: (212) 425-1901

## CERTIFICATE OF SERVICE

     I hereby certify that on May 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF**:

Elizabeth H. Cronise
STROOCK & STROOCK & LAVAN, LLP
180 Maiden Lane
New York, NY 10038-4982

Henry E. Mendia
STROOCK & STROOCK & LAVAN, LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 3100
Miami, FL 33131-5323

Dated: May 8, 2008

/s/ Gina M. Venezia
Gina M. Venezia