USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
NOVOSHIP (UK) LIMITED, CALLY              :
SHIPHOLDINGS INC., VITAL SHIPPING         :
CORPORATION, and DAINFORD NAVIGATION      :    07 Civ. 9876 (DLC)
INC.,                                     :
                                          :        ORDER
                    Plaintiffs,           :
                                          :
          -v-                             :
                                          :
WILMER RUPERTI, SEA PIONEER SHIPPING      :
CORPORATION, and PMI TRADING INC., JOHN   :
DOE (fictitious), AND JOHN DOE INC.       :
(fictitious),                             :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   For the reasons stated in the Memorandum Opinion and Order dated June 20, 2008, it is hereby

   ORDERED that the plaintiffs may conduct the discovery requested in their cross-motion filed on April 17, 2008. Such discovery must be completed by August 29, 2008.

   IT IS FURTHER ORDERED that any renewed motion to amend the complaint and order of attachment is due on or before September 26, 2008; any opposition from the defendants is due on or before October 17, 2008; any reply is due on or before October 24, 2008.

   IT IS FURTHER ORDERED that at the time the reply is served, the plaintiffs shall supply two courtesy copies of all motion

papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
           June 20, 2008

                                    DENISE COTE
                        United States District Judge