UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NOVOSHIP (UK) LIMITED, CALLY
SHIPHOLDINGS INC., VITAL SHIPPING
CORPORATION, and DAINFORD NAVIGATION    :   07 CIV. 9876(DLC)
INC.,
                    Plaintiffs,         :   O R D E R

          -v-

WILMER RUPERTI, SEA PIONEER SHIPPING
CORPORATION, and PMI TRADING INC., JOHN
DOE (fictitious) and JOHN DOE INC.
(fictititous),

                    Defendants.
-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08

DENISE COTE, District Judge:

   This Court having been informed through a June 26, 2008 letter that Eric E. Lenck, counsel for the plaintiffs, is no longer handling this case, it is hereby

   ORDERED that the Clerk of Court shall remove Eric E. Lenck's appearance from this case.

Dated:  New York, New York
        July 1, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge