```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOVOSHIP (UK) LIMITED, CALLY            :
SHIPHOLDINGS INC., VITAL SHIPPING       :
CORPORATION, and DAINFORD NAVIGATION    :
INC.,                                   :   07 Civ. 9876 (DLC)
                                        :
                Plaintiffs,             :   ORDER
                                        :
             -v-                        :
                                        :
WILMER RUPERTI, SEA PIONEER SHIPPING    :
CORPORATION, and PMI TRADING INC., JOHN :
DOE (fictitious), AND JOHN DOE INC.     :
(fictitious),                           :
                                        :
                Defendants.             :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/09

DENISE COTE, District Judge:

On October 24, 2008, plaintiffs filed a motion for leave to file a second amended verified complaint and to amend the order of attachment and for discovery. In their November 21, 2008 reply on the motion, the plaintiffs propose that the defendants be given an additional opportunity to provide security. Accordingly, it is hereby

ORDERED that the plaintiffs' October 24, 2008 motion is denied without prejudice to renewal.

SO ORDERED:

Dated:   New York, New York
         January 6, 2009

                              _____
                              DENISE COTE
                              United States District Judge